UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 08-MJ-406603 |
| V. | : | RECOGNIZANCE NO. NEW 1636 |
| REY ARMANDO APONTE, | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| Defendant | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of Five Thousand Dollars ($5,000.00) was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record; and

It further appearing that Guarina Spau-Aponte, being one of the name Sureties and the signer of the Affidavit By Owner of the Cash Owner dated June 2, 2008, is deceased as evidenced by the attached Certificate of Death dated March 16, 2009;

IT IS ON THIS 27th day of July, 2010,

ORDERED THAT the sum of FIVE THOUSAND DOLLARS ($5,000.00) be paid to the Estate of Guarina Spau-Aponte and mailed to Rafael A. Aponte, 234 52nd Street, Apt. B4, West New York, NJ 07093.

_____
GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

# STATE OF NEW JERSEY
## NEW JERSEY DEPARTMENT OF HEALTH AND SENIOR SERVICES
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 20090038788
B0003655963

**1a. Legal Name of Decedent:** GUARINA SPRAU - APONTE
**1b. Also Known As (AKA):**

**2. Sex:** Female
**3. Social Security No.:** 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
**4a. Age:** 57 Years
**5. Date of Birth:** 08/13/1951
**6. Birthplace:** San Pedro Macoris, Dominican Republic
**7a. Residence-State:** NJ
**7b. County:** Hudson
**7c. Municipality/City:** West New York
**7d. Street and Number:** 234 52nd Street
**7e. Apt No.:** b-4
**7f. Zip Code:** 07093
**7g. Inside City Limits?:** Yes
**8a. Ever in US Armed Forces?:** No
**9. Domestic Status at Time of Death:** Married
**10. Name of Surviving Spouse/Partner:** RAFAEL A APONTE
**11. Father's Name:** ELISEO FELIX
**12. Mother's Name Prior to First Marriage:** ANA R SPRAU
**13a. Name of Informant:** RAFAEL A APONTE
**13b. Relationship to Decedent:** Spouse
**13c. Mailing Address:** 234 52ND STREET, WEST NEW YORK, NJ 07093
**14. Method of Disposition:** Removal from State
**15. Place of Disposition:** CEMENTERIO INGENIO SANTA FE
**16. Location:** SAN PEDRO DE MACORIS, DR
**17. Name and Complete Address of Funeral Facility:** Jorge Rivera Funeral Home, 4543 Kennedy Boulevard, North Bergen, NJ 07047-2739
**18. Electronic Signature of Funeral Director:** Saira Elizabeth Soto
**19. NJ License Number:** 23JP00471900
**20. Decedent Education:** Bachelor's degree (BA, AB, BS)
**21. Decedent of Hispanic Origin?:** Other Hispanic: Dominican
**22. Decedent Race:** White
**23. Occupation of Decedent:** Teacher
**24. Kind of Business/Industry:** Education
**25. Name and Address of Last Employer:** West New York Board of Education, West New York, NJ 07093

**26. Date Pronounced Dead:** 3/13/09
**27. Time Pronounced Dead:** 6:13
**29. License Number:** 26NO12413800
**30. Date Signed:** 3/13/09
**31. Date:** 3/13/09
**32. Time of Death:** 6:13 AM

**34. PLACE OF DEATH:** Hospice Facility
**35a. Facility Name:** Mt Prospect Health Care Cntr
**35b. Municipality:** Hackensack
**35c. County:** BERGEN

**CAUSE OF DEATH — PART I:**
a. ADVANCED BREAST CANCER WITH LUNG METS

**Time of Death:** 0613
**Date of Death:** 03/13/2009

**50. Certifier:** Pronouncing and Certifying Physician
**51. Name, Address and Zip Code of Certifier:** DR LISO ANK 30 RLDS15CT AVSNU HACKENSACK NJ 07601
**53. License Number:** MA0732...
**54. Date Certified:** 3/14/09

**55. Electronic Signature of Local Registrar:** Sandra Ramirez
**56. District No.:** V0940
**57. Date Received:** 03/16/2009
**Case ID Number:** 1244261

**DATE ISSUED:** March 16, 2009
**ISSUED BY:** North Bergen Township
Sandra Ramirez

This is to certify that the above is correctly copied from a record on file in my office.

Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

Joseph A Komosinski, State Registrar
Bureau of Vital Statistics



REG-42B
JULY 04

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED